| Attorney/Party Name, Address, Phone, Fax, E-mail: | For court use only |
|---|---|
| Kessner Duca Umebayashi Bain & Matsunaga<br>Steven Guttman  1289-0<br>220 South King Street, 19th Floor<br>Honolulu, Hawaii  96813<br>Telephone:  808-536-1900<br>Facsimile:  808-529-7177<br>Email: sguttman@kdubm.com | |

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII | Case No.  **05-02429**<br>Chapter 13 |
|---|---|
| Debtor:  **JERRY ALBERT RABAGO, dba** | Social Security No. (last 4 digits): 7071 |
| Joint Debtor: **DENT DOCTORS HAWAII** | Social Security No. (last 4 digits): |

| DEBTOR'S MOTION TO MODIFY CONFIRMED PLAN;<br>NOTICE OF DEADLINE TO OBJECT AND REQUEST A HEARING ||
|---|---|
| To: | Howard M.S. Hu, Trustee<br>1132 Bishop Street, Suite 301<br>Honolulu, HI 96813 | ALL CREDITORS |
| Date of Order Confirming Existing Plan: **January 20, 2006** | Docket No.: **37** |

## A.    NOTICE OF DEADLINE TO FILE OBJECTION

The court confirmed the Chapter 13 Plan in this case on the date noted above.  Pursuant to 11 U.S.C. § 1329(a), this motion requests modification of the plan as described in part B.

Your rights may be affected.  You should read the motion and the accompanying papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant this motion, or if you want the court to consider your views on the motion, then within 20 days after the filing of this motion, you or your attorney must file an objection explaining your position with the court and mail a copy to the Debtor at the respective addresses below:

| United States Bankruptcy Court<br>District of Hawaii<br>1132 Bishop Street, Suite 250L<br>Honolulu, Hawaii 96813 | *Objection due by:*<br>*(not less than 20 days after filing)*<br><br>**July 10, 2006** | *Debtor / Attorney address:*<br>Steven Guttman, Esq.<br>220 South King Street, 19th Floor<br>Honolulu, Hawaii 96813<br>Facsimile:  808-529-7177<br>Email: kdubm_bk@kdubm.com |
|---|---|---|

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date specified above.  If a timely objection is filed, the court will schedule a hearing and you will be notified of the date and time.  If you or your attorney do not file a timely response and request a hearing, the court may decide that you do not object to modification of the plan and may enter an order granting the motion.

**B.     MOTION**
*[Describe the specific plan provisions to be modified.  It is not necessary to attach the entire plan.
Attach additional pages as necessary for further explanation of modification(s).]*

The Debtor moves under 11 U.S.C. § 1329(a) to modify the plan previously confirmed by the court.  **All terms and provisions of the confirmed plan, including those of any related motions to value collateral and to avoid liens, remain in effect EXCEPT FOR THE SPECIFIC CHANGES PROPOSED BELOW.**

1.     PLAN PAYMENTS AND DURATION:

|  | Monthly Payment Amount | Duration (months) | Total for Distribution |
|---|---|---|---|
| Current Plan: | **$ See Exhibit A** | **60** | **$ 210,000** |
| Proposed Modification: | **$ See Exhibit B** | **60** | **$ 260,750** |

Further details (*e.g., plan being extended 6 months due to missed payments*):

The amount of total Plan contributions is being increased to ensure there are sufficient funds to satisfy the allowed secured and priority claims, the increased amount of Trustee's fees, and the attorneys' fees which may be awarded by the Court.  No change is being proposed with respect to the allowed unsecured claims.

2.     DISTRIBUTION OF PLAN PAYMENTS:

|  | Treatment of Class or Specific Claim |
|---|---|
| Current Plan: | Administrative expense of Trustee to be paid in full.<br>Allowed secured claims to be paid in full.<br>Allowed priority claims to be paid in full.<br>Allowed unsecured claims to be paid no less than 3.1% of the allowed amount. |
| Proposed Modification: | Administrative expenses of Trustee to be paid in full.<br>Administrative expenses of Debtor's counsel to be paid up to the amount awarded by the Court.<br>Allowed secured claims to be paid in full.<br>Allowed priority claims to be paid in full.<br>Allowed unsecured claims to be paid no less than 3.1% of the allowed amount. |

3.     OTHER:

## C.    MEMORANDUM

*[State relevant facts and legal arguments in support of the modification(s) being proposed; attach additional pages as necessary.]*

The existing Chapter 13 Plan was confirmed on January 20, 2006. Thereafter, on January 24, 2006, the U.S. Department of Labor filed an amended proof of claim. Furthermore, in response to the Trustee's Notice of Claims Filed and Intent to Make Distributions, filed herein on March 9, 2006, the Internal Revenue Service and the Hawaii Department of Taxation filed their amended claims. As a result of the amended filings, the total amount of the claims required to be addressed in the context of the Plan increased as did the amount of fees payable to the Chapter 13 Trustee. Also, Debtor's counsel intends to submit an interim fee application for services rendered from case inception through May 31, 2006. The Plan been modified to ensure there will be sufficient funds available to coverage this administrative expense.

The modifications proposed herein serve to increase the amount of total Plan contributions by increasing the amount of the monthly Plan installments as well as the lump sum payment due in October, 2010.

The Debtor has focused his energies on expanding his revenue base and, as evidenced by the Amended Schedule I filed concurrently herewith, has increased the amount of his disposable monthly income. The increase in disposable income is sufficient to support the proposed Plan modifications.

Confirmation of the proposed Amended Plan will not prejudice or otherwise harm any of the Debtor's creditors. The unsecured creditors will receive no less than they would have received under the existing confirmed Plan, and the secured, priority, and administrative creditors will be paid the full amounts required under the Bankruptcy Code.

Dated: June 17, 2006

_____    _____
Debtor / Attorney                        Joint Debtor / Attorney

# SPECIAL PROVISION ADDENDUM TO
# DEBTOR'S CHAPTER 13 PLAN
# DATED SEPTEMBER 20, 2005

1.  Debtor will remit the following payments in accordance with the following schedule:

| Monthly Payment | Duration | Total |
|---|---|---|
| $ 1,800.00 | 12 months | $ 21,600.00 |
| $ 2,600.00 | 24 months | $ 62,400.00 |
| $ 3,500.00 | 23 months | $ 80,500.00 |
| $ 45,500.00 | 1 month | $ 45,500.00 |
| | 60 months | $ 210,000.00 |

The source of funding for the Plan payments will include:

a.  Debtor's earnings derived from his business, Dent Doctors of Hawaii;

b.  federal and State of Hawaii tax refunds due to Debtor;

c.  liquidation of Debtor's personal property; and

d.  a loan in an amount sufficient to satisfy the final lump sum payment required under the proposed Plan.

EXHIBIT 

**SPECIAL PROVISION ADDENDUM TO
DEBTOR'S CHAPTER 13 PLAN
DATED JUNE 17, 2006**

1.    Debtor will remit the following payments in accordance with the following schedule:

| Monthly Payment | From/Thru | Duration | Total |
|---|---|---|---|
| $ 1,800.00 | 11/05 thru 6/06 | 8 months | $ 14,400.00 |
| $ 3,000.00 | 7/06 thru 12/07 | 18 months | $ 54,000.00 |
| $ 4,000.00 | 1/08 thru 10/08 | 10 months | $ 40,000.00 |
| $ 4,500.00 | 11/08 thru 9/10 | 23 months | $ 103,500.00 |
| $ 48,850.00 | 10/10 to 10/10 | 1 month | $ 48,850.00 |
| TOTAL | | 60 months | $ 260,750.00 |

The source of funding for the Plan payments will include:

a.    Debtor's earnings derived from his business, Dent Doctors of Hawaii;

b.    Debtor's earnings to be derived from his new auto sales business;

c.    federal and State of Hawaii tax refunds to which Debtor may become entitled;

d.    possible liquidation of Debtor's personal property; and

e.    a loan in an amount sufficient to pay the final lump sum installment required under the proposed Plan.

EXHIBIT