| Attorney or Party Name, Address, Phone, Fax, Email: | For court use only |
|---|---|
| Kessner Duca Umebayashi Bain & Matsunaga<br>Steven Guttman 1289-0<br>220 South King Street, 19th Floor<br>Honolulu, Hawaii 96813<br>Telephone: 808-536-1900<br>Facsimile: 808-529-7177<br>Email: sguttman@kdubm.com | |
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII | Case No.: **05-2429** |
| In re: JERRY ALBERT RABAGO, dba<br>Dent Doctors Hawaii<br><br>Debtor(s). | Chapter: 13 |

## COVER SHEET FOR AMENDMENTS

| *Check all of the following that are amended.* | ☐ List of Creditors / Mailing Matrix |
|---|---|
| Schedules: ☐A ☐B ☐C ☐G ☐H ☒I ☐J | ($26 fee unless (i) only updating an address, or (ii) only adding a creditor's attorney, or (iii) uploading creditors in ECF without amending schedules) |
| Schedules: ☐D ☐E ☐F ($26 fee for 1 or more) | |
| ☐ Statement of Financial Affairs | ☐ List of Equity Security Holders |
| ☐ Statement of Intention | ☐ List of 20 Largest Unsecured Creditors |
| ☐ Ch 7 Current Monthly Income with Means Test | ☐ Ch 11 Current Monthly Income |
| ☐ Ch 13 Current Monthly Income with Disposable Income Calculation | |

## DECLARATION BY DEBTOR(S)

I declare under penalty of perjury that the attached amendments are correct to the best of my knowledge, information, and belief. [*If filing electronically through ECF, a* **Declaration re: Electronic Filing** *with original signatures must be submitted on paper within 5 business days after filing the amendments.*]

June 17, 2006                /s/ JERRY ALBERT RABAGO
Date                         Debtor                              Joint Debtor

## CERTIFICATE OF SERVICE

The undersigned certifies:

☑ Notice of the amendments has been served on all creditors and parties in interest on the attached service list. (If exemptions or exemption amounts have been amended, a copy of Schedule C has been served on all creditors and parties in interest, including the U.S. Trustee and Trustee.)

☐ A copy of the Notice of Bankruptcy Case, Meeting of Creditors, & Deadlines has been served on the additional creditors and parties in interest identified on the attached service list.

Dated: June 19, 2006                    /s/ STEVEN GUTTMAN
                                        ATTORNEY FOR DEBTOR

hib_1009-1    3/06    **Attach amended schedules, lists, or statements. Attach service list with names and addresses.**

Form B6I
(12/03)

In re __Jerry Albert Rabago__  Case No. __05-02429__
                    Debtor(s)

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Single | RELATIONSHIP None. | AGE |

| EMPLOYMENT | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | auto mechanic | |
| Name of Employer | Self - Dent Doctors Hawaii | |
| How long employed | 8.5 yrs | |
| Address of Employer | 1372 Colburn St Honolulu, HI 96817 | |

| INCOME: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 0.00 | $ N/A |
| Estimated monthly overtime | $ 0.00 | $ N/A |
| SUBTOTAL | $ 0.00 | $ N/A |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ N/A |
| b. Insurance | $ 0.00 | $ N/A |
| c. Union dues | $ 0.00 | $ N/A |
| d. Other (Specify) | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ N/A |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ N/A |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 6,800.00 | $ N/A |
| Income from real property | $ 0.00 | $ N/A |
| Interest and dividends | $ 0.00 | $ N/A |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ N/A |
| Social security or other government assistance (Specify) | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| Pension or retirement income | $ 0.00 | $ N/A |
| Other monthly income (Specify) | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| TOTAL MONTHLY INCOME | $ 6,800.00 | $ N/A |

TOTAL COMBINED MONTHLY INCOME        $ __6,800.00__     (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

    The stated income is based on Debtor's average net profit per month for 9/05 thru 5/06. During this period, Debtor incurred certain one-time expenses totaling approximately $12,000. Except for these one-time expenses, his average net income would have been approximately $8,100 per month. Debtor has expanded his current business which will further increase Debtor's revenue base.

# Dent Doctors Hawaii
# Profit & Loss
### September 2005

|  | Sep 05 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Services | 70,160.08 |
| **Total Income** | 70,160.08 |
| **Expense** | |
| Auto Loan | 799.60 |
| Auto Parts | 10,600.86 |
| Auto Rental | 433.18 |
| Auto Repair | 96.75 |
| Auto Restoration | 35.00 |
| Automobile Expense | 408.28 |
| Bank Service Charges | 1,469.34 |
| Contributions | 100.00 |
| Dues and Subscriptions | 142.73 |
| Insurance | 3,658.75 |
| Office Supplies | 1,684.51 |
| Outside Services | 387.50 |
| Payroll | 22,953.76 |
| Printing and Reproduction | 21.67 |
| Professional Fees | 3,906.24 |
| Rent | 4,783.55 |
| Settlement Deposit Charges | 118.48 |
| Shop Supplies | 6,004.09 |
| Taxes | 8,107.60 |
| Uniforms | 728.00 |
| Utilities | 659.39 |
| **Total Expense** | 67,099.28 |
| **Net Ordinary Income** | 3,060.80 |
| **Other Income/Expense** | |
| **Other Expense** | |
| Employee - Child Support | -333.00 |
| **Total Other Expense** | -333.00 |
| **Net Other Income** | 333.00 |
| **Net Income** | 3,393.80 |

# Dent Doctors Hawaii
## Profit & Loss
### October 2005

|  | Oct 05 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Services | 89,082.03 |
| **Total Income** | 89,082.03 |
| **Expense** | |
| Advertising Expense | 2,329.47 |
| Auto Loan | 631.96 |
| Auto Parts | 29,022.27 |
| Auto Rental | 295.40 |
| Auto Repair | 234.25 |
| Bank Service Charges | 754.45 |
| Cable Expense | 289.10 |
| Contributions | 150.00 |
| Credit Card Payment | 170.24 |
| Estimates on Computer | 175.76 |
| Insurance | 3,679.24 |
| Medical Expense | 2,355.08 |
| Membership Dues | 325.00 |
| Office Supplies | 983.05 |
| Outside Services | 962.50 |
| Payroll | 18,366.16 |
| Postage and Delivery | 26.78 |
| Professional Fees | 5,627.86 |
| Rent | 4,783.54 |
| Security Alarm System | 115.68 |
| Shop Improvements | 500.00 |
| Shop Supplies | 1,255.28 |
| Taxes | 18,088.68 |
| Telephone | 921.81 |
| Trash Pick Up Service | 375.78 |
| Travel & Ent | 446.93 |
| Utilities | 734.06 |
| **Total Expense** | 93,600.33 |
| **Net Ordinary Income** | -4,518.30 |
| **Other Income/Expense** | |
| **Other Expense** | |
| Employee - Child Support | 166.50 |
| **Total Other Expense** | 166.50 |
| **Net Other Income** | -166.50 |
| **Net Income** | -4,684.80 |

# Dent Doctors Hawaii
## Profit & Loss
### November 2005

|  | Nov 05 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
|   Services | 116,693.19 |
| **Total Income** | 116,693.19 |
| **Expense** | |
|   Advertising Expense | 2,086.54 |
|   Auto Insurance | 398.93 |
|   Auto Loan | 480.43 |
|   Auto Parts | 31,612.05 |
|   Auto Rental | 348.99 |
|   Auto Repair | 362.34 |
|   Automobile Expense | 75.00 |
|   Bank Service Charges | 756.40 |
|   Contributions | 243.72 |
|   Estimates on Computer | 703.04 |
|   Insurance | 985.25 |
|   Office Supplies | 666.93 |
|   Outside Services | 1,364.50 |
|   Payroll | 24,513.51 |
|   Postage and Delivery | 108.76 |
|   Professional Development | 50.00 |
|   Professional Fees | 2,074.11 |
|   Rent | 4,783.54 |
|   Security Fees | 1,480.62 |
|   Settlement Deposit Charges | 6.95 |
|   Shop Supplies | 395.30 |
|   Taxes | 9,901.11 |
|   Telephone | 780.36 |
|   Travel & Ent | 1,065.35 |
|   Utilities | 1,406.06 |
|   Waste Services | 522.01 |
| **Total Expense** | 87,171.80 |
| **Net Ordinary Income** | 29,521.39 |
| **Net Income** | 29,521.39 |

# Dent Doctors Hawaii
## Profit & Loss
### December 2005

|  | Dec 05 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Services | 86,025.82 |
| **Total Income** | 86,025.82 |
| **Expense** | |
| Advertising Expense | 1,592.76 |
| Auto Parts | 26,240.18 |
| Auto Rental | 29.52 |
| Auto Repair | 228.09 |
| Auto Restoration | 120.00 |
| Automobile Expense | 216.56 |
| Bank Service Charges | 793.80 |
| Cable Expense | 94.22 |
| Insurance | 1,811.77 |
| Office Supplies | 262.50 |
| Outside Services | 962.50 |
| Payroll | 27,094.45 |
| Professional Fees | 1,874.99 |
| Rent | 3,169.67 |
| Repairs | 830.00 |
| Security Alarm System | 115.68 |
| Settlement Deposit Charges | 75.00 |
| Shop Supplies | 3,134.96 |
| Taxes | 14,617.48 |
| Telephone | 1,105.75 |
| Travel & Ent | 80.35 |
| Utilities | 872.07 |
| Waste Services | 217.09 |
| **Total Expense** | 85,539.39 |
| **Net Ordinary Income** | 486.43 |
| **Net Income** | **486.43** |

# Dent Doctors Hawaii
# Profit & Loss
## January 2006

|  | Jan 06 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Services | 69,894.98 |
| **Total Income** | 69,894.98 |
| **Expense** | |
| Advertising Expense | 906.25 |
| Auto Insurance | 812.86 |
| Auto Parts | 27,430.43 |
| Auto Repair | 159.28 |
| Auto Restoration | 35.00 |
| Automobile Expense | 182.02 |
| Bank Service Charges | 583.65 |
| Cable Expense | 94.22 |
| Contributions | 389.77 |
| Insurance | 5,754.99 |
| Interest Expense | 125.75 |
| Office Supplies | 166.11 |
| Outside Services | 737.60 |
| Payroll | 12,880.61 |
| Postage and Delivery | 75.69 |
| Professional Fees | 2,109.35 |
| Rent | 3,169.67 |
| Repairs | 564.47 |
| Security Alarm System | 115.68 |
| Security Fees | 148.07 |
| Settlement Deposit Charges | 6.95 |
| Shop Supplies | 3,649.33 |
| Taxes | 7,885.61 |
| Travel & Ent | 112.42 |
| Utilities | 765.80 |
| Waste Services | 201.46 |
| **Total Expense** | 69,063.04 |
| **Net Ordinary Income** | 831.94 |
| **Net Income** | 831.94 |

# Dent Doctors Hawaii
# Profit & Loss
### February 2006

|  | Feb 06 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Services | 99,200.46 |
| **Total Income** | 99,200.46 |
| **Expense** | |
| Advertising Expense | 1,591.34 |
| Auto Insurance | 398.93 |
| Auto Loan | 480.43 |
| Auto Parts | 20,329.56 |
| Auto Rental | 501.91 |
| Auto Repair | 410.32 |
| Auto Restoration | 35.00 |
| Auto Supplies | 57.97 |
| Automobile Expense | 278.24 |
| Bank Service Charges | 629.80 |
| Cable Expense | 94.22 |
| Contributions | 170.21 |
| Credit Card Payment | 500.00 |
| Estimates on Computer | 175.76 |
| Insurance | 827.25 |
| Licenses and Permits | 498.10 |
| Membership Dues | 330.00 |
| Office Supplies | 163.20 |
| Outside Services | 500.00 |
| Payroll | 27,999.65 |
| Professional Fees | 2,467.17 |
| Rent | 4,651.95 |
| Security Fees | 740.27 |
| Shop Supplies | 223.75 |
| Taxes | 22,291.96 |
| Telephone | 923.38 |
| Travel & Ent | 59.35 |
| Utilities | 865.22 |
| **Total Expense** | 88,194.94 |
| **Net Ordinary Income** | 11,005.52 |
| **Net Income** | 11,005.52 |

3:52 PM
06/16/06
Cash Basis

# Dent Doctors Hawaii
## Profit & Loss
### March 2006

|  | Mar 06 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
|   Services | 98,296.26 |
| **Total Income** | 98,296.26 |
| **Expense** | |
|   Advertising Expense | 1,055.31 |
|   Auto Gasoline | 87.08 |
|   Auto Parts | 32,749.39 |
|   Auto Rental | 59.00 |
|   Auto Repair | 62.37 |
|   Automobile Expense | 125.00 |
|   Contributions | 300.00 |
|   Estimates on Computer | 175.76 |
|   Insurance | 2,562.46 |
|   Medical Expense | 143.94 |
|   Office Supplies | 157.69 |
|   Payroll | 44,434.38 |
|   Postage and Delivery | 50.00 |
|   Professional Fees | 3,809.61 |
|   Rent | 6,529.02 |
|   Security Alarm System | 57.84 |
|   Shop Supplies | 5,299.08 |
|   Taxes | 11,834.88 |
|   Telephone | 550.26 |
|   Travel & Ent | 73.35 |
|   Utilities | 1,150.75 |
|   Waste Services | 719.62 |
| **Total Expense** | 111,986.79 |
| **Net Ordinary Income** | -13,690.53 |
| **Net Income** | -13,690.53 |

# Dent Doctors Hawaii
# Profit & Loss
### April 2006

|  | Apr 06 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Services | 97,948.89 |
| **Total Income** | 97,948.89 |
| **Expense** | |
| Advertising Expense | 1,050.70 |
| Auto Gasoline | 543.61 |
| Auto Loan | 441.87 |
| Auto Parts | 21,624.57 |
| Auto Rental | 592.09 |
| Auto Repair | 839.90 |
| Auto Restoration | 276.04 |
| Automobile Expense | 14.91 |
| Bank Service Charges | 679.46 |
| Cable Expense | 116.82 |
| Contributions | 100.00 |
| Credit Card Payment | 300.00 |
| Fire Extinguisher Services | 5,000.00 |
| Insurance | 1,812.71 |
| Office Supplies | 605.26 |
| Outside Services | 825.00 |
| Payroll | 26,367.51 |
| Postage and Delivery | 36.91 |
| Rent | 3,169.67 |
| Security Alarm System | 60.56 |
| Shop Supplies | 1,024.98 |
| Taxes | 23,082.72 |
| Telephone | 435.85 |
| Travel & Ent | 16.19 |
| Utilities | 1,742.58 |
| Waste Services | 589.41 |
| **Total Expense** | 91,349.32 |
| **Net Ordinary Income** | 6,599.57 |
| **Net Income** | 6,599.57 |

# Dent Doctors Hawaii
# Profit & Loss
## May 2006

|  | May 06 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Services | 111,868.06 |
| **Total Income** | 111,868.06 |
| **Expense** | |
| Advertising Expense | 1,705.89 |
| Auto Gasoline | 310.84 |
| Auto Loan | 480.43 |
| Auto Parts | 32,559.87 |
| Auto Rental | 58.98 |
| Auto Repair | 560.37 |
| Bank Service Charges | 625.17 |
| Credit Card Payment | 250.00 |
| Estimates on Computer | 351.52 |
| Insurance | 3,811.45 |
| Office Supplies | 818.71 |
| Outside Services | 1,475.00 |
| Payroll | 25,517.39 |
| Postage and Delivery | 29.11 |
| Professional Fees | 1,942.67 |
| Rent | 3,169.67 |
| Security Alarm System | 121.12 |
| Settlement Deposit Charges | 19.90 |
| Shop Supplies | 1,612.86 |
| Taxes | 6,448.61 |
| Telephone | 450.67 |
| Travel & Ent | 591.61 |
| Utilities | 1,087.49 |
| **Total Expense** | 83,999.33 |
| **Net Ordinary Income** | 27,868.73 |
| **Net Income** | 27,868.73 |

Howard M.S. Hu
Chapter 13 Trustee
1132 Bishop St, Ste 301
Honolulu, HI 96813

BMW Bank of N America
P.O. Box 78066
Phoenix, AZ 85062-8066

Hawaii Dept of Taxation
Bankruptcy Collection Unit
P.O. Box 259
Honolulu, HI 96809-0259

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

**NOTICE LIST**