| Attorney/Debtor Name, Address, Phone, Fax, Email: | For court use only |
|---|---|
| Kessner Umebayashi Bain & Matsunaga<br>Steven Guttman 1289-0<br>220 South King Street, Suite 1900<br>Honolulu, Hawaii 96813<br>Telephone: (808) 536-1900<br>Facsimile: (808) 529-7177<br>Email: sguttman@kdubm.com | |
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII | Case No. 05-02429 |
| Debtor: **Jerry Albert Rabago, dba Dent Doctors Hawaii**<br>and, if any,<br>Joint Debtor: | Chapter 13 |

## DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE

Whereas this case has not been converted to a chapter 13 case under 11 U.S.C. § 706, 1112, or 1208,

The undersigned hereby requests an order dismissing this case.

Dated: July 13, 2009

_____　_____
Debtor / Debtor's Attorney　　　Joint Debtor (if any) / Attorney

[NOTE: *You may use this form only if the bankruptcy petition was filed under chapter 13. Do not use this form if the case has been converted from chapter 7, 11, or 12.*]

hib_1307b　　3/03